IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | 02: 96cr185 |
| ) | |
| **T. J. CAIN** ) | |

## ORDER OF COURT

**AND NOW,** this 2nd day of September, 2005, in accordance with the stipulations of defendant and the proposed disposition of the parties as set forth on the record at the supervised release revocation hearing held on September 2, 2005, the Court finds that defendant violated the conditions of supervised release charged in the Petition On Supervised Release (Document No. 2404). Specifically, the Court finds that defendant violated the terms of supervision set in the judgment order of conviction of May 16, 2005, which charged defendant with one count of possession of intent to deliver a controlled substance. Defendant acknowledged his violation of a condition of supervised release on the record. This violation constitutes a Grade A violation under U.S.S.G. § 7B1.1, which in conjunction with a criminal history category of II results in a guidelines sentencing range of 15 to 21 months under U.S.S.G. § 7B1.4.

Based on the representation of Defendant that he has received a recommendation from the state court to attend Boot Camp, and has been advised by his Unit at Camp Hill that he will be allowed to attend Boot Camp, and based on the recommendation of the Probation Office that Defendant be allowed to go to Boot Camp,

**IT IS ORDERED** that the term of supervised release imposed in the judgment order of conviction of August 12, 1997, be, and the same is hereby, **REVOKED.** The Court will not impose any further period of imprisonment and no further supervision is ordered. The provisions of the judgment order of conviction of August 12, 1997, obligating defendant to pay a special assessment remain in full force and effect.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:    Shaun E. Sweeney,
        Assistant U.S. Attorney
        Email: shaun.sweeney@usdoj.gov

        Marketa Sims,
        Assistant Federal Public Defender
        Email: marketa_sims@fd.org

        U.S. Sentencing Commission
        One Columbus Circle, N.E.
        South Lobby
        Washington, D.C. 20002

        Federal Bureau of Prisons
        Community Corrections Office
        William S. Moorehead Federal Bldg.
        1000 Liberty Avenue, Room 831
        Pittsburgh, PA   15222

        US MARSHAL

        US PROBATION